# Affidavit

1. I, Michael D. Watson # 1168281, under penalty of perjury, swear or affirm the information contained in this affidavit is based on personal Knowledge.
2. On September 11, 2023 approximately 10:00 a.m. i was escorted from my assigned housing unit C building cell 314 to the prison intake area for an scheduled parole hearing,
3. I was placed in a cell to await my parole hearing
4. At this time there was several officers inside the intake area approximately 5 feet away from the cells to escort inmates in and out the room used for the parole hearings,
5. A female officer "Jones" and a few male officers were talking and a unknown officer to me asked "Jones" what happened out there that day them boys in C-building bucked out there in the rec cages, i heard you busted one of them up pretty good,
6. Officer Jones stated it was Bowman, those guys thought i couldn't fight, i took my mace can and busted up both his eyes, they will Know not to do that shit again,
7. Unknown officer stated yeah i seen him she busted him up real good closed both of his eyes, and they all started laughing and that was the end of the conversation,

The statements above are true and accurate to the best of my Knowledge and belief.

Michael D. Watson — Michael D. Watson
name — Signature

State of Virginia
County/City of Wise

sworn and subscribe to before me this 3rd day of January 2024.

notary public Melanie Trent

MELANIE TRENT
NOTARY PUBLIC
REG. # 7819393
MY COMMISSION EXPIRES 11/30/2027
COMMONWEALTH OF VIRGINIA

I certify that the above notary is not a party to this action.

Michael Watson
Inmate Signature